IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| APRIL RUMBAUGH, Individually and On Behalf of Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>USANA HEALTH SCIENCES, INC., DAVID A. WENTZ and PAUL A. JONES, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br><br><br>Case No. 2:17-CV-106<br>Judge Dee Benson |

    IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss is granted and the action is dismissed with prejudice.

    DATED this 16th day of October, 2018.

                                                   _____
                                                 Dee Benson
                                                 United States District Judge